UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-245-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | ORDER TO SEAL |
| ) | |
| PAMELA CAROL TURNER ) | |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Criminal Information, Plea Agreement, Calendar Memo, Penalty Sheet, the Motion to Seal, any subsequent filings in the above-referenced matter, as well as this Order be SEALED until further notice of this court, except that a certified copy of this Order be provided to the Office of the United States Attorney.

This the 21st day of July, 2010.

United States ~~Magistrate~~ District Judge